

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-18-2011

# USA v. Richard Reevey

Precedential or Non-Precedential: Precedential

Docket No. 10-1812

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"USA v. Richard Reevey" (2011). *2011 Decisions.* Paper 1883.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1883

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 10-1812 & 10-1834
UNITED STATES OF AMERICA

v.

RICHARD REEVEY,
                              Appellant in 10-1812


ANTHONY WILLIAMS,
                              Appellant in 10-1834

(D.N.J. Nos. 08-cr-00445-002; 08-cr-00527-001)


Present:       BARRY, CHAGARES and VANASKIE, Circuit Judges

               Motion by Appellee USA to Publish Opinion dated 12/14/2010.


                                                  Respectfully,
                                                  Clerk/pdb
_____**ORDER**_____

**The foregoing motion is granted.**


                                        By the Court,

                                        **s/ Thomas I. Vanaskie**
                                        Circuit Judge

Dated: January 18, 2011
PDB/cc: All Counsel of Record